UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
    RALAYNE C WILLIAMS

          Debtor
    SSN XXX-XX-3881

CASE NO. 08 B 02268

CHAPTER 13

JUDGE: JACK B SCHMETTERER

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/31/2008 and was confirmed 03/26/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 1291.69 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 257.94 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 305.09 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 570.11 | .00 | .00 |
| RMI/MCSI | UNSECURED | 10000.00 | .00 | .00 |
| CREDITORS COLLECTION B | UNSECURED | 1102.00 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 6223.00 | 35.72 | 294.95 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 380.00 | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| HELVEY & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TOLLWAY | UNSECURED | 12783.65 | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SVC INC | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 322.72 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 02268 RALAYNE C WILLIAMS

| | | | | |
|---|---|---|---|---|
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1194.65 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,464.00                       313.33
TOM VAUGHN                TRUSTEE                                          56.00
DEBTOR REFUND             REFUND                                            .00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
|                          | RECEIPTS  | DISBURSEMENTS |
--------------------------------------------------------------------------------

```
TRUSTEE                             700.00

PRIORITY                                               .00
SECURED                                             294.95
     INTEREST                                        35.72
UNSECURED                                              .00
ADMINISTRATIVE                                      313.33
TRUSTEE COMPENSATION                                 56.00
DEBTOR REFUND                                          .00
                            ---------------     ---------------
TOTALS                              700.00              700.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/22/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE